Jacqueline M. James, Esq. (BBO #706668)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 209.6.207.200,<br><br>    Defendant. | Civil Action No. 1:24-cv-10237-DJC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,**. Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 209.6.207.200. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 28, 2024                    Respectfully submitted,

1

2

        By:    */s/ Jacqueline M. James*
              Jacqueline M. James, Esq. (BBO #706668)
              The James Law Firm, PLLC
              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

        By: */s/ Jacqueline M. James*